**United States Bankruptcy Court**
**for the District of Maryland**

In re:

Janet Ann Sydnor                           Case No. 08-14229 DK
                                           Jointly administered

    Debtor

In re:

Charles Vernon Clarkson                    Case No. 09-22084 DK

    Debtor

## AMENDED NOTICE OF APPEAL

Janet Ann Sydnor and Charles Vernon Clarkson, Appellants in the above-captioned contested matter, appeal to the United States District Court for the District of Maryland from the Consent Order Granting Motion for Motion for (sic) Authority to Compromise Controversies entered by this Court on December 19, 2013 (the "Consent Order") [Dkt. No. 312] and the Order denying Appellants' Motion to Reconsider the Consent Order entered on January 14, 2014 ([Dkt. No. 323]. The Notice of Appeal was filed on January 22, 2014 and is being amended to include as additional appellees Lakefront Investors LLC, Trustcapital Investments, LLC, Equity Trust Company Custodian FBO Nicholas John Lazarchick IRA and Nicholas John Lazarchick (TTEE), CJR Duck Associates LLC and Nicholas John Lazarchick, additional parties in interest with respect to the Consent Order.

The parties to the Order appealed from and the names and addresses of their respective attorneys are:

| **PARTY** | **ATTORNEY** |
|---|---|
| Janet Ann Sydnor and Charles Vernon Clarkson | Ronald J. Drescher<br>Drescher & Associates, P.A.<br>4 Reservoir Circle<br>Suite 107<br>Baltimore, MD 21208<br>(410) 484-9000 |

| | |
|---|---|
| Zvi Guttman, Chapter 7 Trustee | Zvi Guttman, Esq.<br>The Law Offices of Zvi Guttman, P.A.<br>P.O. Box 32308<br>Baltimore, Maryland 21282<br>(410) 580-0500 |
| Lakefront Investors LLC, Trustcapital Investments, LLC, Equity Trust Company Custodian FBO Nicholas John Lazarchick IRA and Nicholas John Lazarchick (TTEE), CJR Duck Associates LLC and Nicholas John Lazarchick | Stephen Metz, Esq.<br>Worthington H. Talcott, Jr., Esq.<br>Shulman, Rogers, Gandal, Pordy & Ecker, P.A.<br>12505 Park Potomac Ave., 6th Floor<br>Potomac, MD 20854<br>(301) 230-6560 |

Dated: January 28, 2014

/s/*Ronald J. Drescher*
RONALD J. DRESCHER
Delaware Bar No. 4087
4 Reservoir Circle
Suite 107
Baltimore, MD 21208
(410) 484-9000

Counsel for Appellants

2