# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

JANET ANN SYDNOR AND              \*
CHARLES VERNON CLARKSON           \*
                                  \*
                                  \*
      v.                          \*     Civil No. – JFM-14-296
                                  \*
ZVI GUTTMAN, CHAPTER 7 TRUSTEE,   \*
ET AL.                            \*
                              \*\*\*\*\*\*

## **ORDER**

For the reasons stated in the accompanying memorandum to counsel, it is, this 21st day of February 2014

ORDERED that appellants' emergency motion for stay pending appeal is denied.


        \_\_/s/_____
        J. Frederick Motz
        United States District Judge

1