# UNITED STATES BANKRUPTCY COURT
# TRANSMITTAL SHEET TO UNITED STATES DISTRICT COURT

Transmitted by : Robert Hegerle     Phone Number: 301–344–3399     Date: 5/30/14

***BANKRUPTCY MATTER (answer only one):***

- ☑ 1. Appeal   ☐ Cross Appeal (if applicable)   Appellant's Designation of Record included: ☐ yes ☐ no
- ☐ 2. Motion for Withdrawal of Reference
- ☐ 3. Contempt
- ☐ 4. Findings and Conclusions (Lodgements)
- ☐ 5. Motion for Leave to Appeal (Interlocutory Appeal)
- ☐ 6. Other

***RELATED CASE INFORMATION (answer all):***

1. Bankruptcy Case Number: 08–14229   Chapter: 7
2. Adversary Proceeding Number(s) (if applicable):
3. U.S. Bankruptcy Judge: Duncan W. Keir
4. Related U.S. District Court Civil Action Number (if applicable): 14–cv–00296
5. Fee Paid: ☑ yes ☐ no
6. Additional comments: Docket #337, Transcript restricted for 90 days from April 1, 2014.

***PARTY INFORMATION (answer all):***

1. Debtor(s): Janet Ann Sydnor   Charles Vernon Clarkson
2. Trustee (if applicable): Zvi Guttman

**Appellant/Movant:** Janet Ann Sydnor and Charles Vernon Clarkson

Appellant/Movant's Counsel: Ronald Jay Drescher

**Appellee/Respondent:** Zvi Guttman, Lakefront Investors, LLC, TrustCapital Investments, LLC, Equity Trust Company, CJR Duck Associates, LLC,and Nicholas John Lazarchick

Appellee/Respondent's Counsel: Zvi Guttman, and Stephen A. Metz

transmdc(45.1) – 01/29/2009