FILED: December 30, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2033
(1:14-cv-00296-JFM)
(08-14229)
(09-22084)

_____

JANET ANN SYDNOR; CHARLES VERNON CLARKSON

       Debtors - Appellants

v.

LAKEFRONT INVESTORS, LLC; TRUSTCAPITAL INVESTMENTS, LLC; EQUITY TRUST COMPANY CUSTODIAN, FBO Nicholas John Lazarchick IRA and Nicholas John Lazarchick (TTEE); CJR DUCK ASSOCIATES, LLC; NICHOLAS JOHN LAZARCHICK

       Claimants - Appellees

ZVI GUTTMAN

       Trustee - Appellee

_____

M A N D A T E
_____

The judgment of this court, entered November 4, 2015, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*